Argued and submitted March 31, conviction affirmed; remanded for resentencing May 12, respondent's motion for reconsideration filed July 20 allowed by opinion September 1, 1993
See 123 Or App 93 (1993)

STATE OF OREGON,
*Respondent,*

*v.*

PAUL DOUGLAS WELLS,
*Appellant.*

(10-91-08165; CA A72939)

850 P2d 1172

Stephen J. Williams, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. On the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem.

Before Warren, Presiding Judge, and Rossman and Edmonds, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Morgan,* 116 Or App 338, 842 P2d 406 (1992), *rev allowed* 315 Or 442 (1993).